713 A.2d 96

**BELL ATLANTIC—PENNSYLVANIA, INC., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, TURNPIKE COMMISSION, Appellee.**

Supreme Court of Pennsylvania.

July 22, 1998.

42

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of July, 1998, the order of the Commonwealth Court of Pennsylvania is AFFIRMED.